```
149256    230x    35.00                                              Attorney Edward Friedman
United States District Court          County of Southern District of New York
```

| | | |
|---|---|---|
| Rahmeek Younger | Petitioner<br>Plaintiff(s), | Index#6634/07 |
| -against- | | AFFIDAVIT OF SERVICE |
| The City of New York, et al | Respondent<br>Defendant(s). | |

STATE OF NEW YORK: COUNTY OF KINGS   ss:

**Richard Dombakly** BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 08/02/07 at 7:01pm at 211 Union Avenue Brooklyn, NY 11211 deponent served the within Summons In A Civil Action & Complaint

on P.O. JONATHAN FOLEY, SH.#04895 C/O C/O 90TH PRECINCT, therein named.

**A. INDIVIDUAL** — by delivering a true copy of each to said defendants personally: deponent knew the person so served to be the person described as said defendant therein. (S)He identified (her) nimself as such.

**B. CORPORATION/BUSINESS** — a (domestic)(foreign)corporation/business by delivering thereat a true copy of each to
Personally, deponent knew said corporation/business so served to be the corporation/business described in said summons as said defendant and knew said individual to be                                                                         thereof.

**C. SUITABLE AGE PERSON  xxx** — by delivering thereat a true copy(ies) of each to **Sgt. Mundo, Sh#2336** a person of suitable age and discretion. Said premises is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. (S)He identified (her)himself as **co-worker**                                                               of defendant.

**D. AFFIXING TO DOOR, ETC.** — by affixing a true copy(ies) of each to the door of said premises, which is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence, to find defendant, a person of suitable age and discretion or a work address thereat, having called there on

**MAILING USE WITH C. & D.  xxx** — Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on **08/03/07**

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| female | black | brown | 35 | 5'7 | 185 |

**MILITARY SERVICE** — Above person was asked whether the defendant(s) was(were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant(s) is(are) not in the military service of the Sate of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

**USE IN NYC CIVIL CT.** — The language required by NYCRR (e), (f) & (H) was set forth on the face of the said summons(es).

**SUPREME COURT ACTION** — Papers so served were properly endorsed with the index number and date of filing.

Sworn before me on **08/03/07**

NEIL J. SCHRAGER
Notary Public State of New York
NO. 24/4984776
Qualified in Kings County
Commission Expires July 29, 2009

LICENSE NO. 0849965
Richard Dombakly

149255   230x   47.00
United States District Court    County of Southern District of New York    Attorney: Edward Friedman

Rahmeek Younger

                                                                Petitioner
                                                                Plaintiff(s)        Index#6634/07

                    -against-
                                                                                    AFFIDAVIT OF SERVICE

The City of New York, et al                                     Respondent
                                                                Defendant(s).

STATE OF NEW YORK COUNTY OF KINGS          ss:
        Richard Dombakly          BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO
THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on 08/02/07 at 7:01pm at 211 Union Avenue Brooklyn, NY 11211
deponent served the within Summons In A Civil Action & Complaint

on P.O. DENNIS W. HAYS, SH.#18716 C/O BROOKLYN NORTH PATROL BORO,
therein named.

INDIVIDUAL          by delivering a true copy of each to said defendants personally; deponent knew the person so served to be the person
A                   described as said defendant therein. (S)he identified (him) himself as such.

CORPORATION/BUSINESS    a (domestic)(foreign)corporation/business by delivering thereof a true copy of each to
B                       Personally, deponent knew said corporation/business so served to be the corporation/business described in said summons
                        as said defendant and knew said individual to be                                          thereof

SUITABLE AGE PERSON     by delivering thereat a true copy(ies) of each to   Sgt. Mundo, SH#2336   a person of suitable age and
C  XXX                  discretion. Said premises is defendant's (actual place of business)(dwelling house)(usual place of abode) within
                        the state. (S)he identified (him) himself as   co-worker                 of defendant.

AFFIXING TO DOOR, ETC   by affixing a true copy(ies) of each to the door of said premises, which is defendant's (actual place of
D                       business)(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence, to find
                        defendant, a person of suitable age and discretion or a work address thereat, having called there on

MAILING USE WITH        Deponent then mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned
C. & D.                 address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or
xxx                     concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care
                        and custody of the United States Postal Service within New York State on   08/03/07

Deponent further states that he describes the person actually served as follows:
Sex         Skin Color      Hair Color      Age (Approx)    Height (Approx)     Weight (Approx)
female      black           brown           35              5'7                 185

MILITARY SERVICE    Above person was asked whether the defendant(s) was/were in the military service of the State of New York or the United
                    States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
                    deponent avers that the defendant(s) is/are not in the military service of the State of New York or the United States as that
                    term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

USE IN NYC CIVIL CT     The language required by NYCRR (a) (f) & (h) was set forth on the face of the said summons(es)

SUPREME COURT ACTION    Papers so served were properly endorsed with the index number and date of filing

Sworn before me on 08/03/07

                                                                                    LICENSE NO. 0849965
                                                                                    Richard Dombakly

```
149255    230x    47.00
United States District Court          County of Southern District of New York
```

Attorney: Edward Friedman

Rahmeek Younger

Petitioner
Plaintiff(s),

Index #6634/07

-against-

AFFIDAVIT OF SERVICE

The City of New York, et al

Respondent
Defendant(s).

STATE OF NEW YORK: COUNTY OF KINGS    ss:

Richard Dombakly    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 08/02/07 at 7:01pm at 211 Union Avenue Brooklyn, NY 11211 deponent served the within Summons In A Civil Action & Complaint

on P.O. DENNIS W. HAYS, SH.#18716 C/O BROOKLYN NORTH PATROL BORO, therein named.

INDIVIDUAL A.
by delivering a true copy of each to said defendants personally: deponent knew the person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

CORPORATION/BUSINESS B.
a (domestic)(foreign)corporation/business by delivering thereat a true copy of each to
Personally, deponent knew said corporation/business so served to be the corporation/business described in said summons as said defendant and knew said individual to be                                                                    thereof.

SUITABLE AGE PERSON C. xxx
by delivering thereat a true copy(ies) of each to Sgt. Mundo, SH#2336 a person of suitable age and discretion. Said premises is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. (S)He identified (her)himself as co-worker of defendant.

AFFIXING TO DOOR, ETC. D.
by affixing a true copy(ies) of each to the door of said premises, which is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence, to find defendant, a person of suitable age and discretion or a work address thereat, having called there on

MAILING USE WITH C. & D. xxx
Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on 08/03/07

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| female | black | brown | 35 | 5'7 | 185 |

MILITARY SERVICE
Above person was asked whether the defendant(s) was(were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant(s) is(are) not in the military service of the Sate of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

USE IN NYC CIVIL CT.
The language required by NYCRR (e), (f) & (H) was set forth on the face of the said summons(es).

SUPREME COURT ACTION
Papers so served were properly endorsed with the index number and date of filing.

Sworn before me on 08/03/07

NEIL J. SCHRAGER
Notary Public State of New York
NO. 24-4984776
Qualified in Kings County
Commission Expires July 29, 2009

LICENSE NO. 0849965
Richard Dombakly