| | | |
|---|---|---|
| 149256   230x   35.00 | County of Southern District of New York | Attorney Edward Friedman |
| United States District Court | | |

Rahmeek Younger

Petitioner
Plaintiff(s),

Index#6634/07

-against-

AFFIDAVIT OF SERVICE

The City of New York, et al

Respondent
Defendant(s).

STATE OF NEW YORK: COUNTY OF KINGS   ss:
**Richard Dombakly**   BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 08/02/07 at 7:01pm at 211 Union Avenue Brooklyn, NY 11211 deponent served the within Summons In A Civil Action & Complaint

on P.O. JONATHAN FOLEY, SH.#04895 C/O C/O 90TH PRECINCT, therein named.

**A. INDIVIDUAL** — by delivering a true copy of each to said defendants personally: deponent knew the person so served to be the person described as said defendant therein. (S)He identified (her) nimself as such.

**B. CORPORATION/BUSINESS** — a (domestic)(foreign)corporation/business by delivering thereat a true copy of each to _____ Personally, deponent knew said corporation/business so served to be the corporation/business described in said summons as said defendant and knew said individual to be _____ thereof.

**C. SUITABLE AGE PERSON xxx** — by delivering thereat a true copy(ies) of each to **Sgt. Mundo, Sh#2336** a person of suitable age and discretion. Said premises is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. (S)He identified (her)himself as **co-worker** of defendant.

**D. AFFIXING TO DOOR, ETC.** — by affixing a true copy(ies) of each to the door of said premises, which is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence, to find defendant, a person of suitable age and discretion or a work address thereat, having called there on

**MAILING USE WITH C. & D. xxx** — Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on **08/03/07**

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx) | Height (Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| female | black | brown | 35 | 5'7 | 185 |

**MILITARY SERVICE** — Above person was asked whether the defendant(s) was(were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant(s) is(are) not in the military service of the Sate of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

**USE IN NYC CIVIL CT.** — The language required by NYCRR (e), (f) & (H) was set forth on the face of the said summons(es).

**SUPREME COURT ACTION** — Papers so served were properly endorsed with the index number and date of filing.

Sworn before me on 08/03/07

NEIL J. SCHRAGER
Notary Public State of New York
NO. 24/4984776
Qualified in Kings County
Commission Expires July 29, 2009

LICENSE NO. 0849965
Richard Dombakly

```
149258    230x    35.00                                    Attorney Edward Friedman
United States District Court         County of Southern District of New York
```

| | |
|---|---|
| Rahmeek Younger | Petitioner<br>Plaintiff(s),    Index#6634/07 |
| -against- | AFFIDAVIT OF SERVICE |
| The City of New York, et al | Respondent<br>Defendant(s). |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

**Richard Dombakly** BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 08/02/07 at 7:01pm at 211 Union Avenue Brooklyn, NY 11211 deponent served the within Summons In A Civil Action & Complaint on SGT. BENJAMIN BENSON SH.#90342 C/O C/O 90TH PRECINCT, therein named.

**INDIVIDUAL A.** by delivering a true copy of each to said defendants personally: deponent knew the person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION/BUSINESS B.** a (domestic)(foreign)corporation/business by delivering thereat a true copy of each to Personally, deponent knew said corporation/business so served to be the corporation/business described in said summons as said defendant and knew said individual to be thereof.

**SUITABLE AGE PERSON C. xxx** by delivering thereat a true copy(ies) of each to **SGT. Mundo SH#2336** a person of suitable age and discretion. Said premises is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. (S)He identified (her)himself as **co-worker** of defendant.

**AFFIXING TO DOOR, ETC. D.** by affixing a true copy(ies) of each to the door of said premises, which is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence, to find defendant, a person of suitable age and discretion or a work address thereat, having called there on

**MAILING USE WITH C. & D. xxx** Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on **08/03/07**

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx) | Height (Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| female | black | brown | 35 | 5'7 | 185 |

**MILITARY SERVICE** Above person was asked whether the defendant(s) was(were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant(s) is(are) not in the military service of the Sate of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

**USE IN NYC CIVIL CT.** The language required by NYCRR (e), (f) & (H) was set forth on the face of the said summons(es).

**SUPREME COURT ACTION** Papers so served were properly endorsed with the index number and date of filing.

Sworn before me on 08/03/07

NEIL J. SCHRAGER
Notary Public State of New York
NO. 24-4984776
Qualified in Kings County
Commission Expires July 29, 2009

LICENSE NO. 0849965
Richard Dombakly