

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 Church St.
New York, NY 10007

Prathyusha Reddy
*Assistant Corporation Counsel*
Tel: (212) 788-0963
Fax: (212) 788-9776

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2008

January 11, 2008

**BY HAND**
The Honorable John G. Koetl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 11201

APPLICATION GRANTED
SO ORDERED

1/11/08

John G. Koeltl, U.S.D.J.

Re:   <u>Rahmeek Younger v. City of New York, et al.</u>, 07 CV 6634 (JGK)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for defendant City. I write with regard to the above-referenced matter. Despite our best efforts, our office has been unable to meet with defendant Dennis Hays to decide representation and to determine whether he has in fact been served.[1] Without appearing on his behalf, I respectfully request that defendant Hays's time to respond to the complaint be extended to February 15, 2008, while these issues are being decided. Plaintiff's counsel, Mr. Edward Friedman, consents to this enlargement of time.

    Thank you for your consideration herein.

Sincerely,

Prathyusha Reddy (PR5579)
Assistant Corporation Counsel
Special Federal Litigation Division

---

[1] Defendant Dennis Hays is currently retired.