# EDWARD FRIEDMAN
Attorney at Law
26 Court Street - Suite 1903
Brooklyn, New York 11242-1�
Tel: (718) 852-8849
Fax: (718) 852-1489

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2008

July 21, 2008

Via Fax: ((212) 805-7912

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

APPLICATION GRANTED
SO ORDERED
7/24/08
John G. Koeltl, U.S.D.J.

Re.: Rahmeek Younger v. The City of New York, et al.
2007 CIV 6634  (JGK)

Dear Judge Koeltl:

I am writing this letter to request an extension of time to complete discovery in the above matter. This request is being made with the consent of the defendants' attorney, Prathyusha Reddy.

Pursuant to the Civil Scheduling Order discovery was to be completed by July 31, 2008. I am requesting the discovery date be extended to September 30, 2008, the date for completion of dispositive motions be extended to October 22, 2008, and the date for joint pretrial order/motions be extended to November 13, 2008.

Thank you in advance for your consideration in this matter.

Respectfully yours,

EDWARD FRIEDMAN

EF/dw

cc: Prathyusha Reddy, Esq.